**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mohammed Alam                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11020 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                                             Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
22 Apr 2021, 10:19:59, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322