# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Mohammed Alam**                                                    Case No.    **21-11020/amc**
                                        Debtor(s)          Chapter      **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021 a copy of the Certification about Financial Management Course and
Certificate of Debtor Education  was served electronically or by regular United States mail to the parties and the
Trustees listed below.

Mohammed Alam
47 Hurley Ct.
Upper Darby, PA 19082

Electronic mail to:

William C. Miller, Chapter 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**