# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:  **Mohammed Alam**  Case No.: **21-11020/amc**
Chapter: **13**

Debtor

Address: **47 Hurley Court**
**Upper Darby, PA 19082**

## NOTICE OF MOTION

Please take notice that on November 9, 2021 at 11:00 a.m. I shall appear in the U.S. Bankruptcy Court for the **Eastern District of Pennsylvania** at the U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 before the Honorable Judge Ashely M. Chan in Courtroom No. 4 and then and there present the following motion:

**MOTION TO AVOID JUDICIAL LIEN OF DISCOVER BANK**

Date  **10/11/2021**

Signature  **/s/ Bradly E. Allen, Esquire**
Name
Address  **Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**