Official Form 416A (12/15)

**United States Bankruptcy Court**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re   **Mohammed Alam**                                                            ,

Case No. **21-11020/amc**

Chapter 13

# PRAECIPE TO WITHDRAW

TO THE CLERK OF U.S. BANKRUPTCY COURT:

Kindly remove Docket No. 24 filed in error and replace with Docket No. 26

Dated:  10/13/2021              /s/Bradly E. Allen, Esq.
                                Attorney for Debtor