# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Mohammed Alam** | Case No. | **21-11020/amc** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF NO RESPONSE

I hereby certify that on October 12, 2021 a copy of the Motion to Avoid Lien of Discover Bank and Notice of Hearing for November 9, 2021 was served electronically or by regular United States mail to the parties and the Trustees listed below and none of the parties have filed a Response:

Mohammed Alam
47 Hurley Ct.
Upper Darby, PA 19082

Discover Bank
c/o Michael J. Dougherty, Esquire
Weltman, Weinberg & Reis Co.
170 S. Independence Mall W. Suite 874 W
Philadelphia, PA  19106

Discover Bank
Attn: Sarah Irimies, Sr. Bankruptcy Specialist
PO Box 3025
New Albany, OH  43054-3025

Electronic mail to:

Kenneth E. West, Chapter 13 Trustee

US Trustee


/s/ Bradly E. Allen, Esquire

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**

Dated:  November 1, 2021