**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Mohammed J. Alam                    :Chapter 13 No. 21-11020/amc

### Order to Avoid Judicial Lien on Real Estate

AND NOW, this _____ day of _____, 2021 upon Motion of the above-named debtor, **Mohammed Alam** to avoid the judicial lien in real property held by Discover Bank.

And the debtor having asserted that the lien is subject to avoidance pursuant to 11 U.S.C. Sec. 522(f)(1)(A).

And the debtor having certified that adequate notice of the Motion was sent to the lienholder and that no answer or other response to the Motion has been filed.

Accordingly, it is hereby ORDERED and DECREED that the judicial lien in real property held by Discover Bank in and on debtor's residential real estate at 47 Hurley Court, Upper Darby, PA 19082 entered of record **by Discover Bank v. Mohammed J. Alam, in CCP Delaware County, No. CV-2020-007547** is hereby avoided, effective only upon entry of the Debtor's discharge.

**Date: November 9, 2021**

DATED  _____           _____
                                                **HONORABLE ASHELY M. CHAN**
                                                **U.S. BANKRUPTCY JUDGE**