# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Mohammed Alam**  
Debtor(s)

Case No. **21-11020/amc**  
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022 a copy of the 2nd Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties and the Trustees listed below

Mohammed Alam  
47 Hurley Ct.  
Upper Darby, PA 19082

Discover Bank  
c/o Michael J. Dougherty, Esquire  
Weltman, Weinberg & Reis Co.  
170 S. Independence Mall W. Suite 874 W  
Philadelphia, PA 19106

Discover Bank  
Attn: Sarah Irimies, Sr. Bankruptcy Specialist  
PO Box 3025  
New Albany, OH 43054-3025

Absolute Resolutions Investments, LLC  
c/o Absolute Resolutions Corp.  
8000 Norman Center Dr., Ste. 350  
Bloomington, MN 55437

Bank of America  
PO Box 982284  
El Paso, TX 79998-2238

M & T Bank  
PO Box 840  
Buffalo, NY 14240-0840

Electronic mail to:

Kenneth E. West, Chapter 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242 Fax:215-725-8288**  
**bealaw@verizon.net**