United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mohammed Alam  
    Debtor

Case No. 21-11020-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 155 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohammed Alam, 47 Hurley Court, Upper Darby, PA 19082-1832 |
| 14599463 | + | Bank of America, c/o Joel M. Flink, Esq., 375 Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14607852 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14599466 | | Discover Bank c/o, Weltman, Weinberg & Reis Co. LPA, 170 S. Independence Mall W. Ste. 874W, Philadelphia, PA 19106-3334 |
| 14602297 | + | Enter Movant of Client, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14602523 | + | M&T Bank, c/o Rebecca Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14605426 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 22 2022 23:54:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14599464 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2022 23:56:11 | Citi Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14599465 | | Email/Text: mrdiscen@discover.com | Mar 22 2022 23:54:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14601427 | | Email/Text: mrdiscen@discover.com | Mar 22 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14599467 | | Email/Text: camanagement@mtb.com | Mar 22 2022 23:54:00 | M & T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14617692 | | Email/Text: camanagement@mtb.com | Mar 22 2022 23:54:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 22, 2022 | Form ID: 155 | Total Noticed: 12 |

Date: Mar 24, 2022         Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Mohammed Alam bealaw@verizon.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Mohammed Alam
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−11020−amc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 22, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

41
Form 155