Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA 19152
T: (215) 725-4242
F: (215) 724-8288
bealaw@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Mohammed Alam | : | CASE NO.: 21-11020-amc |
| Debtor | | |
| | : | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on May 29, 2024 I served either electronically or by regular, First Class Mail, a copy of Chapter 13 Debtor's Certifications Regarding Domestic Support Obligations and Section 522(q) to the following:

Mohammed Alam
47 Hurley Court
Upper Darby, PA 19082

Kenneth E. West, Chapter 13 Trustee
Electronically

United States Trustee
Electronically

Dated: May 29, 2024

By: /s/ Bradly E. Allen
Bradly E. Allen, Esquire
Attorney for Debtor